UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 04-20488 CR-COOKE /McALiLEY

CASE NO.

18 U.S.C. § 1015(f)
18 U.S.C. § 911
18 U.S.C. § 611

**UNITED STATES OF AMERICA**

**vs.**

**GERARD FRANCOIS**

_____/



## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about August 7, 2000, in Miami-Dade County, in the Southern District of Florida, the defendant,

## GERARD FRANCOIS,

an alien, did falsely and willfully represent himself to be a citizen of the United States, in that he claimed he was a United States citizen when registering to vote with the office of the Supervisor of Elections for Miami-Dade County.

In violation of Title 18, United States Code, Section 911.

## COUNT 2

On or about August 7, 2000, in Miami-Dade County, in the Southern District of Florida, the defendant,

## GERARD FRANCOIS,

an alien, knowingly made a false statement and claim that he was a citizen of the United States, in



order to vote in a Federal, State and local election, in that he falsely stated and claimed that he was a United States citizen when registering to vote with the office of the Supervisor of Elections for Miami-Dade County.

In violation of Title 18, United States Code, Section 1015(f).

## COUNT 3

On or about November 7, 2000, in Miami-Dade County, in the Southern District of Florida, the defendant,

## GERARD FRANCOIS,

an alien, fully knowing that he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

GERARD FRANCOIS,

Defendant.

CASE NO.

04 - 20488

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information!

**Court Division:** (Select One)

__X__ Miami ____ Key West
____ FTL ____ WPB ____ FTP

New Defendant(s)          Yes ____ No ____
Number of New Defendants
Total number of counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No)      __No__
   List language and/or dialect      _____

4. This case will take      __3__      days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                    (Check only one)

   I     0 to 5 days        __X__           Petty      _____
   II    6 to 10 days       _____          Minor      _____
   III   11 to 20 days      _____          Misdem.    _____
   IV    21 to 60 days      _____          Felony     __X__
   V     61 days and over   _____

6. Has this case been previously filed in this District Court? (Yes or No)      __No__
   If yes:
   Judge: _____      Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?      (Yes or No)      __No__
   If yes:
   Magistrate Case No.      _____
   Related Miscellaneous numbers:      _____
   Defendant(s) in federal custody as of      _____
   Defendant(s) in state custody as of      _____
   Rule 20 from the      _____      District of _____

   Is this a potential death penalty case? (Yes or No)      __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?      _____ Yes      __No__ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999?      _____ Yes      __No__ No
   If yes, was it pending in the Central Region?      _____ Yes      _____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      _____ Yes      __No__ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?      _____ Yes      __No__ No

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

*Penalty Sheet(s) attached

REV 1.14.04

Case 1:04-cr-20488-MGC   Document 1   Entered on FLSD Docket 07/19/2004   Page 4 of 5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**    **GERARD FRANCOIS**

**Case No:** **04 - 20488** CR-COOKE/McALILEY

Count #: 1

   Illegal Voting Registration

   Title 18, United States Code, Section 911

**\* Max.Penalty:**     3 years' imprisonment

Count #: 2

   Illegal Voting Registration

   Title 18, United States Code, Section 1015(f)

**\*Max. Penalty:**     5 years' imprisonment

Count #: 3

   Election Fraud

   Title 18, United States Code, Section 611

**\*Max. Penalty:**     1 year's imprisonment

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Case 1:04-cr-20488-MGC   Document 1   Entered on FLSD Docket 07/19/2004   Page 5 of 5

# UNITED STATES DISTRICT COURT

___SOUTHERN_____ District of _____FLORIDA_____

## THE UNITED STATES OF AMERICA

vs.

_____GERARD FRANCOIS_____

Defendant

# INDICTMENT

**18 U.S.C. § 1015(f)**
**18 U.S.C. § 911**
**18 U.S.C. § 611**



A true bill.

_____ Foreman

FGJ 04-01(MIA)

Filed in open court this _____/5TH_____ day,

of __July_____ A.D. 2004

_____ Clerk
Deputy

Bail, $ _____