

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20488-CR-COOKE
Magistrate Judge McAliley


UNITED STATES OF AMERICA

      v.

GERARD FRANCOIS

_____/


<u>GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER</u>

The United States hereby files this response to the Standing Discovery Order entered in this case. This response is numbered to correspond to that order.

A.1 Written statements of the defendant are attached.


A.2 The government is unaware of any statements of the defendant in response to interrogation by a known government agent.

A.3 No defendant testified before the grand jury.


A.4 There does not appear to be any record of arrests or convictions for the defendant.



A.5 Copies of books, papers, etc. that the government intends to use as evidence during its case in chief, or which were obtained from the defendant, can be inspected by arranging an appointment with the undersigned prosecutor, who may be reached at (305) 961-9234. While copies of some materials are attached hereto, they do not represent all materials available for inspection, and counsel should therefore contact the undersigned to schedule a complete inspection. Documents have

been reproduced to the best extent possible, and complete legibility of copies is not guaranteed.

A.6   No contraband was seized in connection with this case. No physical or mental examinations have occurred, and no scientific tests or experiments have been made in connection with this case.

B.     The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.   This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.     The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady</u> or <u>Agurs</u> other than any information already disclosed herein.

D. & E.   The United States is unaware of any witness within the scope of these paragraphs.

F.     No line-ups, show-ups, or similar identification procedures were used during this case.

G.     The government has advised its agents and officers involved in this case to preserve all rough notes.

H.     The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b).  Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I.   The defendant is not aggrieved persons as defined in Title 18, United States Code, Section 2510(11), of electronic surveillance.

J.     The government has ordered transcribed the grand jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.     No contraband was seized in connection with this case.

L.     The United States is not in possession of any vehicles

2

involved in this case.

M.    The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.


N.    Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O.    Counsel may contact the undersigned to confer regarding stipulations.

P.    Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to ensure a fair trial.


                              Respectfully submitted,

                              MARCOS DANIEL JIMENEZ
                              UNITED STATES ATTORNEY


                    By:  _____
                              KAREN E. ROCHLIN
                              ASSISTANT U.S. ATTORNEY
                              99 N.E. 4th Street
                              Miami, Florida  33132
                              (305) 961-9234
                              (305) 536-4675 (fax)
                              Court I.D. No. A5500050


3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this ___10th___ day of August, 2004 on Shereen Charlick, AFPD, 150 West Flagler Street, Miami, Florida 33130-1556.

KAREN E. ROCHLIN

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black or blue ink.

| **Part 1.  Your Name** *(The Person Applying for Naturalization)* | Write your INS "A"- number here: A 4 0 8 1 4 2 41 |
|---|---|

A. Your current legal name.

Family Name *(Last Name)*  FRANCOIS

Given Name *(First Name)*  GERARD        Full Middle Name *(If applicable)*

B. Your name <u>exactly</u> as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

Given Name *(First Name)*         Full Middle Name *(If applicable)*

C. If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

D. Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?   ☐ Yes   ☒ No

2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations

Family Name *(Last*

Given Name *(Firs*

*e Name*

*nly One)*

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|

**Remarks**

NO ARC card

12-31-01

...ited States for at least 5 years.

...ited States for at least 3 years, AND

...S. citizen for the last 3 years, AND

...rs.

...rvice.

Form N-400 (Rev. 05/31/01)N

**Part 3. Information About You**

Write your INS "A"- number

A 402 14 241

A. Social Security Number
2(5-839305

B. Date of Birth *(Month/Day/Year)*
04 14 48

C. Date You Became a Permanent Resident *(Month/Day/Year)*
11 19 85

MON IP1
IV (2)

D. Country of Birth
HAITI

E. Country of Nationality
HAITI

either of your parents U.S. citizens? *(if yes, see Instructions)*    ☐ Yes    ☐ No

G. What is your current marital status?    ☐ Single, Never Married    ☒ Married    ☐ Divorced    ☐ Widowed

☐ Marriage Annulled or Other *(Explain)*_____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?    ☐ Yes    ☐ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*    ☐ Yes    ☐ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language_____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*
8106 N.E - 1 Ave

Apartment Number

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| Mia | DADE | FL - | 33138 | USA (4) |

B. Care of

Mailing Address - Street Number and Name *(If different from home address)*
Same of the above

Apartment Number

City Mia    State FL    ZIP Code 33138    Country DADE

C. Daytime Phone Number *(If*
(305 7593433

Evening Phone Number *(If any)*
(786 306 9840

E-mail Address *(If any)*

| **Part 5. Information for Criminal Records Search** | Write your INS "A"- number here: |
|---|---|
| | A 402142 41 __ |

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☒ Male  ☐ Female

B. Height

5 Feet 6 Inches

C. Weight

170 Pound

D. Race

☐ White  ☐ Asian or Pacific Islander  ☒ Black  ☐ American Indian or Alaskan Native  ☐ Unknown

E. Hair color

☒ Black  ☐ Brown  ☐ Blonde  ☐ Gray  ☐ White  ☐ Red  ☐ Sandy  ☐ Bald (No Hair)

F. Eye color

☐ Brown  ☐ Blue  ☐ Green  ☐ Hazel  ☐ Gray  ☒ Black  ☐ Pink  ☐ Maroon  ☐ Other

| **Part 6. Information About Your Residence and Employment** |
|---|

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper. *Claims No Others* ⑤

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | __/____ | Present |
| 8106 NE 1 Ave Miami, FL - 33138 | 6/94 | 12/14/201 |
| | __/____ | __/____ |
| | __/____ | __/____ |
| | __/____ | __/____ |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper. *Claims No Others* ⑥

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| City of Mia. Park Recreation | 1950 N.W. 20 St Mia, FL - | 12/11/1999 | Present | General Laborer |
| Beverage BC.I comp | 3550 NW 110 St Mia FL-33168 | 9-16-97 | 11-4-99 | operator machine |
| Lightng Center Inc | 8700 N.W. 7 Ave | 7-13-93 | 3-12-97 | Security Guard |
| None | Lived off Savings Received Unemp | 3/12/97 | 9/16/99 | |
| | | __/____ | __/____ | |

Form N-400 (Rev. 05/31/01)N Page 3

**Part 7.  Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:

A 40214241 _ _

A.  How many total days did you spend outside of the United States during the past 5 years?  **168** days

B.  How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?  **3** trips

C.  List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States (Month Day Year) | Date You Returned to the United States (Month Day Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 9 / 19 / 86 | 9 / 21 / 86 | ☐ Yes  ☒ No | Bahamas Funeral | |
| 1 / 20 / 87 | 1 / 28 / 87 | ☐ Yes  ☒ No | Haiti visit Relatives | |
| 9 / 17 / 87 | 9 / 22 / 87 | ☐ Yes  ☒ No | Father Sick Haiti | |
| 4 / 20 / 88 | 5 / 18 / 88 | ☐ Yes  ☒ No | Haiti visit Relatives - | |
| 3 / 28 / 89 | 5 / 9 / 90 | ☐ Yes  ☒ No | Haiti Mother sick | |
| 9 / 22 / 89 | 1 / 20 / 90 | ☐ Yes  ☒ No | Haiti visit wife | |
| 5 / 5 / 94 | 5 / 16 / 94 | ☐ Yes  ☒ No | Bahamas Funeral | |
| 6 / 1 / 94 | 6 / 17 / 94 | ☐ Yes  ☒ No | Haiti for my family's | |
| _ / _ / _ | _ / _ / _ | ☐ Yes  ☐ No | claims No others. | 9 |
| _ / _ / _ | _ / _ / _ | ☐ Yes  ☐ No | | |

**Part 8.  Information About Your Marital History**

A.  How many times have you been married (including annulled marriages)?  **2** (8)  If you have NEVER been married, go to Part 9.

B.  If you are now married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*
FRANCOIS

Given Name *(First Name)*
Clorine

Full Middle Name *(If applicable)*

2. Date of Birth *(Month Day Year)*
12 / 25 / 53

3. Date of Marriage *(Month Day Year)*
8 / 28 / 87 (9)

4. Spouse's Social Security Number
592-43534 1

5. Home Address - Street Number and Name
8106 NE 1 Ave

Apartment Number

City
Mia,

State
FL -

ZIP Code
33138

**Part 8. Information About Your Marital History** *(Continued)*

Write your INS "A"- number here:
A *402142 41*

C. Is your spouse a U.S. citizen?  ☐ Yes  ☐ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen

_ _ / _ _ / _ _ _ _

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

*HAiTi*

2. Spouse's INS "A"- Number *(If applicable)*

A *044590625*

3. Spouse's Immigration Status

☒ Lawful Permanent Resident  ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.  *Claims No Other.*

1. Prior Spouse's Family Name *(Last Name)*  | Given Name *(First Name)*  | Full Middle Name *(If applicable)*

*Pacoulout*  ~~*FRANCOiS    Jean*~~  | *Glorine Betty* ~~*Mean*~~ |

2. Prior Spouse's Immigration Status

☒ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month Day Year)*

~~5   28  87~~ *9|22|83*

4. Date Marriage Ended *(Month Day Year)*

*07 / 07 / 1987*

5. How Marriage

☒ Divorce  ☐ Spouse Died  ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)? ☐

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*  | Given Name *(First Name)*  | Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month Day Year)*

_ _ / _ _ / _ _ _ _

4. Date Marriage Ended *(Month Day Year)*

_ _ / _ _ / _ _ _ _

5. How Marriage Ended

☐ Divorce  ☐ Spouse Died  ☐ Other _____

| **Part 9. Information About Your Child** | | Write your INS "A" - number here:<br>A _402142 41_ |
| --- | --- | --- |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.  **5**

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of<br>Son or Daughter | Date of Birth<br>(Month/Day/Year) | INS "A"- number<br>(if child has one) | Country of Birth | Current Address<br>(Street, City, State & Country) |
| --- | --- | --- | --- | --- |
| Francois G Clodwige | 6/17/89 | A 044590605 | Haiti | w/ Applicant 8106 NE/Ave M.A |
| Francoi-c Gerardin | 8/26/90 | A 044590604 | Haiti | 8106 N E Ave w/ Applicant Mia, FL- 33138 |
| Michel Francois | 5/ / 1964 | A unk | Haiti | St. Louis, MO. |
| Janie Francois | 12/ / 1970 | A unk | Haiti | Miami, FL |
| Miquelon Francois | 9/ / 1971 | A unk | Haiti | Miami, FL |
|  | __/__/____ | A_____ |  |  |
|  | __/__/____ | A____ Claims No Others (11) |  |  |
|  | __/__/____ | A_____ |  |  |

| **Part 10. Additional Questions** |
| --- |

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**    *See  Supp #1 (D)*

| | | Yes | No |
| --- | --- | --- | --- |
| 1. | Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*? | ☐ Yes | ☒ No |
| 2. | Have you **EVER** registered to vote in any Federal, state, or local election in the United States? | ☒ Yes | ☐ No |
| 3. | Have you **EVER** voted in any Federal, state, or local election in the United States? | ☒ Yes | ☐ No |
| 4. | Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return? | ☐ Yes | ☒ No |
| 5. | Do you owe any Federal, state, or local taxes that are overdue? | ☐ Yes | ☒ No |
| 6. | Do you have any title of nobility in any foreign country? | ☐ Yes | ☒ No |
| 7. | Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? | ☐ Yes | ☒ No |

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here:<br>A _402 14 841_ |
| --- | --- |

## B. Affiliations

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?   ☒ Yes   ☐ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

*Claims No others* (13)

| Name of Group | Name of Group |
| --- | --- |
| 1. I am member of Brother | Masson Lodge since Haiti |
| 2. then I am still member of the | Society in Miami. |
| 3. | 8. |
| 4. then also member of | Citizens of Patrol<br>9. C O P. and C.P.A. |
| Worked as a police volunteer, with police of the city | |
| 5. Miami. Take class from | 10. March - to july 11 Graduated |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?   ☐ Yes   ☒ No

   b. Any other totalitarian party?   ☐ Yes   ☒ No

   c. A terrorist organization?   ☐ Yes   ☒ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?   ☐ Yes   ☒ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?   ☐ Yes   ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?   ☐ Yes   ☒ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?   ☐ Yes   ☒ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?   ☐ Yes   ☒ No

## C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?   ☐ Yes   ☒ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?   ☐ Yes   ☒ No

| Part 10. Additional Questions *(Continued)* |
|---|

Write your INS "A"- number here:

A 40214241 _ _ _ _ _

### D. Good Moral Character

*Claims no arrests, offenses, OUI*

For the purposes of this application. you must answer "Yes" to the following questions. If applicable. even if your records were sealed or otherwise cleared or if anyone. including a judge. law enforcement officer. or attorney. told you that you no longer have a record.

(14)

15. Have you **EVER** committed a crime or offense for which you were NOT arrested?  ☐ Yes  ☒ No

16. Have you **EVER** been arrested. cited. or detained by any law enforcement officer (including INS and military officers) for any reason?  ☐ Yes  ☒ No

17. Have you **EVER** been charged with committing any crime or offense?  ☐ Yes  ☒ No

18. Have you **EVER** been convicted of a crime or offense?  ☐ Yes  ☒ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion. deferred prosecution. withheld adjudication. deferred adjudication)?  ☐ Yes  ☒ No

20. Have you **EVER** received a suspended sentence. been placed on probation. or been paroled?  ☐ Yes  ☒ No

21. Have you **EVER** been in jail or prison?  ☐ Yes  ☒ No

If you answered "Yes" to any of questions 15 through 21. complete the following table. If you need more space. use a separate sheet of paper to give the same information.

| Why were you arrested. cited. detained. or charged? | Date arrested. cited. detained. or charged *(Month/Day/Year)* | Where were you arrested. cited. detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest. citation. detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Answer questions 22 through 33. If you answer "Yes" to any of these questions. attach (1) your written explanation why your answer was "Yes." and (2) any additional information or documentation that helps explain your answer.

(15)

22. Have you **EVER**:  *Claims None*

   a. been a habitual drunkard?  ☐ Yes  ☒ No

   b. been a prostitute. or procured anyone for prostitution?  ☐ Yes  ☒ No

   c. sold or smuggled controlled substances. illegal drugs or narcotics?  ☐ Yes  ☒ No

   d. been married to more than one person at the same time?  ☐ Yes  ☒ No

   e. helped anyone enter or try to enter the United States illegally?  ☐ Yes  ☒ No

   f. gambled illegally or received income from illegal gambling?  ☐ Yes  ☒ No

   g. failed to support your dependents or to pay alimony?  ☐ Yes  ☒ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation. exclusion. or removal?  ☐ Yes  ☒ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States?  ☐ Yes  ☒ No

| **Part 10. Additional Questions** *(Continued)* | Write your INS "A"- number here: A 402 14 2 41 |

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States? ☐ Yes ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States? ☐ Yes ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation? ☐ Yes ☒ No

### F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces? ☐ Yes ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces? ☐ Yes ☒ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant? ☐ Yes ☒ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [＿＿＿＿＿＿]   Selective Service Number [＿＿/＿＿＿/＿＿＿＿]

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ☒ Yes ☐ No

35. Do you understand the full Oath of Allegiance to the United States? ☒ Yes ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States? ☒ Yes ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States? ☒ Yes ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☒ Yes ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

**Part 11. Your Signature** *Gerard Francois*   Write your INS "A"- number here:

A 405 14 2 41

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

*Gerard Francois*

Date *(Month Day Year)*

12 / 14 / 2001

---

**Part 12. Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

GERARD FRANCOIS

Preparer's Signature

*Gerard Francois*

Date *(Month Day Year)*

12 / 14 2001

Preparer's Firm or Organization Name *(If applicable)*

Preparer's Daytime Phone Number

(305 7 79-3432

Preparer's Address - Street Number and Name

8106 N.E. 1 Ave

City

Mia,

State

FL.

ZIP Code

33138

---

### Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13. Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me. including corrections numbered 1 through ___ and the evidence submitted by me numbered pages 1 through ___ . are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me   **MICHELLE WHITE**   **20 JUN 2002**

Officer's Printed Name or Stamp      Date *(Month Day Year)*

Complete Signature of Applicant

X GERARD FRANCOIS

Officer's Signature

*Michelle White*

---

**Part 14. Oath of Allegiance**

If your application is approved. you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing below. you acknowledge your willingness and ability to take this oath:

I hereby declare. on oath. that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince. potentate. state. or sovereignty. of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies. foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law: and
that I take this obligation freely. without any mental reservation or purpose of evasion: so help me God.

Printed Name of Applicant

Gerard Francois

Complete Signature of Applicant

X GERARD FRANCOIS

Form N-400 (Rev. 05 31 01)N Page 10

**Department of Justice**
Immigration and Naturalization Service

**Certificate Preparation Sheet And Oath Declaration**

| A # | A 040 214 241 | Daytime Phone # | (305) 759-3432 |
|---|---|---|---|

NAME (If name Change, **ENTER** new Name):     Check BOX if there is a change of name: ⟶ ☐

| GERARD |
|---|
**(FIRST)**

| |
|---|
**(MIDDLE)**

| FRANCOIS |
|---|
**(LAST)**

Date of birth: **04/14/1948**

**Month/Day/Complete Year**

(Check Sex)   MALE: **X**

FEMALE: ☐

Height: **5** **6**
**(Feet)** **(Inches)**

Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): ⟶ **M**

Country of Former Nationality: **Haiti**

**(Enter Actual name of Country)**

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

X _GERARD FRANCOIS_ / 20 JUN 2002

**Applicant's Signature (name change)**        **Date**

Form N-649 (Rev. 11/1/98)

03-25-2003                    Voter Edit Screen Print              08:52:25

Voter ID: 01621411

Name    : FRANCOIS, GERARD
Status  : A
Address: 8106 NE 1ST AVE

City  : MI    MIAMI    Zip : 33138

Precinct    : 501 -1
Register Date : 07-22-1992
       Sex  : M
       SSN  : 265- 83-9305
      Phone :       -    -
       Race : AP
Date Of Birth : 04-14-1948
      Party : D

  Military : NO
  Overseas : NO
Out of Cnty : NO
  Asst Req : NO
    Shutin : NO
  Homeless : NO
  Withheld : NO
  Disabled : NO
  Mail Reg. : NO


Last Activity: 08/09/2000
Last Card Req: 08/09/2000
Last Voted: 11/13/2001
Last Change: 07/28/2002
Pollworker: NO

Voter's Districts:
          SH108      108TH HOUSE DISTRICT
          CD017      17TH CONGRESSIONAL DIST
          CO03       2002 CNTY COMM 03
          SS033      33RD SENATORIAL DISTRICT
          CYMI       CITY:MIAMI
          CW         COUNTYWIDE
          GEO18      EDISON/WYNWOOD
          SMMI05     MIAMI DISTRICT 5
          OCD017     OLD-17 CONGRESSIONAL DIST
          SB02       SCHOOL BOARD DISTRICT 2

-25-2003                   MIAMI-DADE COUNTY Supervisor of Elections                PAGE   1
:18:48                              ⬤⬤ING HISTORY REPORT            ⬤⬤

**GERARD FRANCOIS**

Registered Address : 8106 NE 1ST AVE
                     MIAMI   FL   33138
ter-ID: 01621411   Registered: 07-22-1992   Status: Active   Total Items:   5


.3 POLL        11/13/2001 MIAMI MIAMI BEACH RUNOFF
)6 POLL        11/06/2001 MIAMI MIAMI BEACH
)7 POLL non    11/07/2000 GENERAL
)5 POLL        09/05/2000 FIRST PRIMARY
)6 POLL non    11/05/1996 1996 GENERAL


State of FLORIDA
County of MIAMI-DADE

    I, DAVID C. LEAHY, Supervisor of Elections, hereby certify
the foregoing to be a true and correct copy of the voting record
of GERARD FRANCOIS as it appears on record in my office.
    Witness my hand and seal on March 25, 2003.

                              DAVID C. LEAHY
                              Supervisor of Elections


                              By: _____
                                          Deputy

**Please print using a black ballpoint pen.**

Official Use Only

)1621411

| Check boxes that apply: | ☑ New Registration | ☐ Address Change | ☐ Party Change | ☐ Name Change | ☐ Replacement |
|---|---|---|---|---|---|

04  14  48

7  Sex (circle) M  F

FRANCOIS  Gerrard

8106 NE 1ST AVE   City MIAMI   Zip Code FLA   33138-4382

10  County Where You Live (legal residence) MIAMI - Dade

Address Where You Get Your Mail (if different from # 8)  SAME  City MIAMI

Address of property for which you have been granted homestead exemption   City   Zip Code

9305   13   Race/Ethnicity - (see instructions) 2   14  Daytime Phone Number 305-759-5432   15  Fl. Driver License/Fl. ID Card number

Party Affiliation -- check one box only (see instructions)

☑ Democratic Party    ☐ Other Party (write name below)

☐ Republican Party    ☐ No Party Affiliation

Former Name If Making A Name Change

Your Name and Residence Address Where You Were Previously Registered (if applicable)

Name

Address

City   County   State   Zip Code

SIGNATURE  Sign or mark on line in box below. (Invalid without signature)

Gerard Francois

Do You Need Assistance to Vote?  ☐ Yes  ☐ No

AUG 07 2000

Fold on dotted center line, peel off tape, seal and mail.

# Voters Supplement

**Name:** _Gerard Francois._   A_40 214 241_

Q. Have you ever registered to vote in the U.S.? **YES** NO (If more than one time, furnish information for each time).

    A. When **(date)** & Where? **(City, County, State)**

        Unknown     Miami, Dade, FL

Q. Have you ever voted in an election in the U.S.? .? **YES** NO (If more than one time, furnish information for each time).

    A. When **(date)** & where? **(City, County, State)** & what type of election was it? **(local, state, federal)**

        11/92 Maybe —   Miami, Dade, FL
                         Federal (For President Clinton).

Q. Why did you register or vote in an election in the U.S.? **(If you have ever believed that you were a citizen of the U.S., please provide full explanation.)**

Because I thought after 7 years of residence, one person told me I had enough time to be citizen. I believe I was citizen. I filed after for passport but they told me I needed to file for citizenship first.

Q. At what age did you become a permanent resident of the U.S? ___37___

Q. If you became a permanent resident while under the age of 16, what is the citizenship of your mother: ___N/A___ & father: _____

x _GERARD FRANCOIS._          _20 JUN 2002_
     **SIGNATURE**                       **DATE**

SWORN TO & SUBSCRIBED BEFORE ME THIS ___ DAY OF ___ 20___

_____
     **OFFICER**