**NIGHT BOX FILED**

~~SEP 29 2004~~

**CLARENCE MADDOX**
**CLERK, USDC / SDFL / MIA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 04-20488 Cr COOKE/McAliley

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GERARD FRANCOIS,

        Defendant.

_____/

## MOTION TO CONTINUE TRIAL DATE

COMES NOW the Defendant, GERARD FRANCOIS, by and through undersigned counsel and respectfully files this his motion to continue the trial date in this cause for a period of 60 days and for his reasons states as follows:

1. The client is charged in a three count indictment with violations of 18 U.S.C. 911 and 611.

2. These offenses make Mr. Francois, a lawful permanent resident for almost 20 years, deportable.

3. The client may be suffering from some form of mental defect which could bear upon the mental state required in this case and/or otherwise provide a defense to these charges.

4. The defense has hired Dr. Alejandro Areas to examine, evaluate and report upon the mental state of Mr. Francois.

5. The doctor must examine and give Mr. Francois a battery of tests and try to obtain historical health and family information in order to adequately report upon Mr.

Francois' mental state.

6. The defense has also filed substantive motions challenging the constitutionality of the indictment which could be dispositive of the case.

7. The defense has consulted with assigned AUSA Karen Rochlin, who does not oppose this motion.

8. The defense seeks a continuance of 60 days to accomplish these matters.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Shereen J. Charlick
Supervisory Assistant Federal Public Defender
Court Assigned No. A5500158
150 West Flagler Street  Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax (305) 536-4559

2