UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 04-20488 Cr COOKE/McAliley



**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**GERARD FRANCOIS,**

    Defendant.

_____/

## MOTION TO CONTINUE HEARING DATE

The Defendant, GERARD FRANCOIS, by and through undersigned counsel and respectfully

files this motion to continue the hearing currently scheduled for November 15, 2004 in this cause

to November 19, 2004 at 2:00 p.m. because at least one and possibly both of the assigned attorneys

will be in trial on November 15, 2004.  Both assigned counsel can be available for a hearing on the

proposed date of November 19, 2004 at 2:00 p.m..  The motions filed in this case will require only

legal argument and do not require an evidentiary hearing.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____

Shereen J. Charlick
Supervisory Assistant Federal Public Defender
Court Assigned No. A5500158
150 West Flagler Street  Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Defendant's Motion to Continue** Hearing date has been sent via Inter Agency Mail to: Karen Rochlin , Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 this _____ day of November, 2004.

_____
Shereen J. Charlick

J:\Francois, Gerard Reg63820-004\Pleadings\Proposed.Order.wpd