

FILED by __I_M__ D.C.
MGC

**NOV 1 9 2004**

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20488-CR-COOKE

UNITED STATES OF AMERICA

v.

GERARD FRANCOIS

_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the above-captioned case, without prejudice.

Respectfully submitted,

_____

for MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Leave of the Court is granted for the filing of the foregoing order of dismissal without prejudice as to the above-captioned defendant.

Date: _November 19, 2004_

_____
UNITED STATES DISTRICT JUDGE

cc:  AUSA Karen E. Rochlin
     Shereen J. Charlick, AFPD.
     United States Marshals Service
     PreTrial Services